### PEOPLE *v.* DE MATTER.
(*Common Pleas of New York City and County, General Term.*   May 19, 1888.)
Application denied, with leave to renew the same upon due notice to the district attorney, and upon certified copies of the original recognizance and the order forfeiting the same.

---

### PEOPLE *v.* REILLY.
(*Common Pleas of New York City and County, General Term.*   May 19, 1888.)
*T. A. Botty,* for appellant.   *John R. Fellows,* for the People.
Application granted.

---

### PEOPLE *v.* FLEGENHEIMER *et al.*
(*Common Pleas of New York City and County, General Term.*   May 19, 1888.)
Application granted.

---

### CARPENTER *v.* NEW YORK, N. H. & H. R. CO.
(*Common Pleas of New York City and County, General Term.*   May 19, 1888.)
*Page & Taft,* for appellant.   *J. Holmes, Jr.,* for respondent.
Application for leave to go to the court of appeals granted.

---

### DUVAL *v.* WELLMAN.
(*Common Pleas of New York City and County, General Term.*   May 19, 1888.)
*Newball & Fitzgerald,* for appellant.   *William H. Mundy,* for respondent.
Order of the general term reversed, and the order of the special term affirmed.

---

### PEOPLE *v.* ROONEY.
(*Common Pleas of New York City and County, General Term.*   May 19, 1888.)
*William C. Orr,* for appellant.   *John R. Fellows,* for the People.
Application granted.

---

### BOEKEL *v.* HOFFMAN.
(*Common Pleas of New York City and County, General Term.*   May 19, 1888.)
*J. L. Newburger,* for appellant.   *William J. Lippman,* for respondent.
Judgment affirmed, with costs.

---

### PEOPLE *v.* CUTTING *et al.*
(*Common Pleas of New York City and County, General Term.*   May 19, 1888.)
Application granted.